IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ICYNENE CORP.,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NEXT GENERATION** | : | |
| **INSULATION, LLC,** *et al.*, | : | **No. 20-0326** |
| *Defendants* | : | |

## ORDER

AND NOW, this 6th day of May, 2020, upon consideration of Defendants' Motion to Dismiss (Doc. No. 6), Plaintiff's opposition (Doc. No. 8), and Defendants' Reply (Doc. No. 9), it is **ORDERED** that the Motion to Dismiss (Doc. No. 6) is **GRANTED IN PART, DENIED IN PART**, and **MOOTED IN PART**. The conversion claim shall be dismissed with prejudice, and Defendant Kirby H. Slack dismissed from this action. As to the remaining claims, Defendant Next Generation Insulation LLC shall file an answer, as set forth in the Memorandum, by no later than May 22, 2020.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE